UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Paolo Pronesti,<br><br>    Plaintiff<br><br>v.<br><br>Department of Family Services, et al.,<br><br>    Defendants | 2:15-cv-01994-JAD-PAL<br><br>**Order Adopting Report and Recommendation and Dismissing and Closing Case**<br><br>[ECF No. 2] |

Pro se plaintiff Paolo Pronesti sues the Clark County District Attorney's Office, the Clark County Department of Child and Family Services (DFS), and a handful of DFS employees to challenge state-court custody proceedings. Magistrate Judge Peggy Leen granted Pronesti's application to proceed *in forma pauperis* and screened his complaint, and she recommends that I dismiss this case with prejudice for lack of jurisdiction. Pronesti objects.[1] Having reviewed Magistrate Judge Leen's findings and conclusions *de novo*, I agree that this court lacks jurisdiction. As the magistrate judge explained, federal courts do not have appellate jurisdiction over state courts,[2] nor over child-custody matters.[3] Because Pronesti's claims constitute a de facto appeal of the family court's custody determination, I lack jurisdiction over his claims.[4] Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation **[ECF No. 2] is ADOPTED, and this case is DISMISSED with prejudice.**

---

[1] ECF No. 4.

[2] ECF No. 3 (citing *Rooker v. Fid Trust Co.*, 263 U.S. 413 (1923); *D.C. Court of Appeals v. Feldman*, 460 U.S. 462, 482–86 (1983)).

[3] *Id.* at 4 (citing *Ankenbrandt v. Richards*, 504 U.S. 689 (1992)).

[4] I note that Pronesti filed a second-amended complaint after the magistrate judge issued her report and recommendation, but it suffers from the same deficiencies.

1 | The Clerk of Court is directed to enter judgment for defendants and against Pronesti and
2 | CLOSE THIS CASE.
3 | Dated this 13th day of March, 2017.

_____
Jennifer A. Dorsey
United States District Judge