# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Paolo Pronesti,

    Plaintiff

v.

Department of Child and Family Services
Clark County, Nevada, et al.,

    Defendants

2:15-cv-01994-JAD-PAL

**Order Certifying That *In Forma Pauperis* Status Should not Continue on Appeal**

Pro se plaintiff Paolo Pronesti sued defendants to challenge state-court child-custody proceedings. Magistrate Judge Peggy Leen granted Pronesti's application to proceed *in forma pauperis* and, after screening his complaint, recommended that I dismiss this case for lack of jurisdiction. On March 13, 2017, I adopted the magistrate judge's recommendation and dismissed and closed this case.[1] Nearly a month later, Pronesti moved for leave to file and amended complaint[2] and later appealed my dismissal order to the Ninth Circuit.[3] I denied Pronesti's motion for leave to file an amended complaint.[4] The Ninth Circuit has referred this matter back to me to determine whether Pronesti's *in forma pauperis* status should continue on appeal, which requires me to determine whether Pronesti's appeal is frivolous or taken in bad faith.[5]

This case was dismissed at the trial level for lack of subject matter jurisdiction, and this defect will continue on appeal. Accordingly, for the reasons set forth in my dismissal order and my

---

[1] ECF No. 7.

[2] ECF No. 9.

[3] ECF No. 10.

[4] ECF No. 11.

[5] *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

order denying Pronesti's motion to file and amended complaint,[6] I HEREBY CERTIFY that this appeal is frivolous and taken in bad faith and that *in forma pauperis* status should not continue on appeal.

The Clerk of Court is directed to send a copy of this order to the U.S. Court of Appeals for the Ninth Circuit (reference case number 17-15717).

Dated this 24th day of April, 2017.

									_____
									Jennifer A. Dorsey
									United States District Judge

---

[6] ECF Nos. 7, 11.